UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:12-CR-152-HSM-HBG |
| v. ) | |
| ) | |
| RICHARD PAZDER ) | |

## **O R D E R**

Magistrate Judge H. Bruce Guyton filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count 3 of the five-count Superseding Indictment; (2) accept Defendant's plea of guilty to Count 3 of the Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count 3 of the Superseding Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant may remain on bond under appropriate conditions of release [Doc. 4] pending sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 65] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count 3 of the Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count 3 of the Superseding Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count 3 of the Superseding Indictment;

1

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter which is scheduled to take place in Knoxville, Tennessee, on **July 16, 2014, at 10:00 a.m.**, before the Honorable Harry S. Mattice, Jr.

**IT IS SO ORDERED.**

**ENTER:**

                                      */s/Harry S. Mattice, Jr.*
                                      HARRY S. MATTICE, JR.
                                 UNITED STATES DISTRICT JUDGE